UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>          Plaintiff,<br><br>     v.<br><br>MITCHEL L. HUTCHESON and ANGELA HUTCHESON, trustees, HUTCHESON TRUST; RIVERSIDE NURSERY & LANDSCAPE, INC.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No. 1:16-cv-01173-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 5) |

On September 29, 2016, plaintiff filed a notice of voluntary dismissal of the complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 5.)  No responsive pleading has been filed in this action.  Therefore, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                                     _____
                                                                                         UNITED STATES DISTRICT JUDGE

1